NO. 15-1619

# IN THE
# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

ISA P. GREENE,

        *Plaintiff-Appellant,*

vs.

RANDY SCOTT, individually and in his official capacity as Chief of the City of Columbia Police Department and THE CITY OF COLUMBIA,

        *Defendants-Appellees.*

_____

# ON APPEAL FROM THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA AT COLUMBIA

_____

# SECOND
# MOTION FOR EXTENSION OF TIME TO FILED OPENING BRIEF AND JOINT APPENDIX

_____

NOW COMES Plaintiff, by and through the undersigned attorney, moving the Court for an extension of time to file the Opening Brief and Joint Appendix in the above captioned matter.

The grounds for this Motion are as follows:

1. The Opening Brief and Joint Appendix are due in this matter today, July 30, 2015.

2. As a result of the mediation that recently occurred, the parties need additional time to complete discussions that originated from the mediation. There is reasonable and substantial probability that this case may be resolved by the parties without the necessity of filing the required documents. Therefore, in the interest of judicial economy, Plaintiff respectfully requests an additional time of ten days in order to file the required documents or any other appropriate pleadings.

3. Counsel has not communicated with opposing counsel concerning this motion; however, counsel reasonably believes that opposing counsel will not oppose this motion.

WHEREFORE, for good cause shown, Plaintiff moves for the Court for an order allowing her until August 10, 2015 in order to file the Opening Brief and Joint Appendix in the above-captioned matter or other appropriate pleadings.

At Orangeburg, SC

Dated:  July 29, 2015

s/Glenn Walters
GLENN WALTERS, Esquire
1910 Russell Street (29115)
Post Office Box 1346
Orangeburg, SC 29116
Phone:  803 531-8844
Fax:  803 531-3628
Federal ID No..:  06435
Attorney for Plaintiff