UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 29, 2015

_____

N O T I C E

_____

No. 15-1619,   Isa Greene v. Randy Scott
              3:13-cv-00567-JFA

TO: Counsel and Parties

The parties are advised the motion filed on this date to extend filing time for the opening brief and appendix is considered moot and that the court does not intend to take action on the motion. An order filed on 07/22/2015 extended the due date for the opening brief and appendix to 09/30/2015.

Amy L. Carlheim, Deputy Clerk
804-916-2702