FILED: September 29, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1619
(3:13-cv-00567-JFA)
_____

ISA P. GREENE

      Plaintiff - Appellant

v.

RANDY SCOTT, individually and in his official capacity as Chief of the Columbia Police Department; THE CITY OF COLUMBIA

      Defendants - Appellees

_____

O R D E R
_____

The court extends the briefing schedule as follows:

Appendix due: 10/02/2015

Opening brief due: 10/02/2015

Response brief due: 11/05/2015

Any reply brief: 14 days from service of response brief.

                              For the Court--By Direction

                              /s/ Patricia S. Connor, Clerk