# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

October 5, 2015

_____

## DOCKET CORRECTION NOTICE
_____

No. 15-1619,    <u>Isa Greene v. Randy Scott</u>
                3:13-cv-00567-JFA

TO:    Glenn Walters, Sr.

BRIEF AND APPENDIX CORRECTIONS DUE:  October 13, 2015

Please make the corrections identified below and file corrected documents by the due date indicated. Use the **BRIEF** and **APPENDIX** entries and select "**Corrected**" as a modifier to refile the electronic brief/appendix. Arrangements may be made with the clerk for return of paper copies for correction. The time for filing the next brief is unaffected by this notice.

[✓] <u>See Checklist</u>: Please make corrections identified on attached checklist.

[✓] Brief is not text-searchable. Please refile brief as a text-searchable PDF.

[✓] Brief citations may need revised once the appendix is in chronological order.

Amy L. Carlheim, Deputy Clerk
804-916-2702