FILED: October 22, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-1619
(3:13-cv-00567-JFA)
_____

ISA P. GREENE

       Plaintiff - Appellant

v.

RANDY SCOTT, individually and in his official capacity as Chief of the Columbia Police Department; THE CITY OF COLUMBIA

       Defendants - Appellees

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for filing a corrected brief and appendix which are compliant with the Federal Rules of Appellate Procedure, the court's local rules, and its docket correction notices. The corrected brief and appendix must be filed on or before October 27, 2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk